$45,843.CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN - 3 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00038 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| $45,843.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on December 29, 2006, I caused to be served by U.S. postal service Certified Mail No. 7001 2510 0006 8488 2378, copies of the foregoing documents: **Verified Complaint of Forfeiture in Rem, Notice of Arrest, Warrant of Arrest in Rem**, and **Plaintiff's First Set of Interrogatories** to the following individual: JOHN S. BLAS, at 185 SLC Tenorio Street, Talofofo, Guam 96915.

DATED: 12/29/06

_____
CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney and
First Assistant

ORIGINAL