$45,843.CER1

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00038 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| $45,843.00 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

I, TERESA CATAHAY, working in the United States Attorney's Office, hereby certify that on December 29, 2006, I caused to be served by facsimile transmission, copies of the foregoing documents: **Verified Complaint of Forfeiture in Rem, Notice of Arrest, Warrant of Arrest in Rem**, and **Plaintiff's First Set of Interrogatories** to the following counsel: MARK S. SMITH, Attorney at Law, 456 West O'Brien Drive, Suite 102-D, Hagatna, Guam 96910, Fax No. 477-8831.

DATED: 12/29/06

TERESA CATAHAY
Clerk

ORIGINAL