$45,843.MPO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00038 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE IN REM** |
| $45,843.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

COMES NOW the plaintiff United States of America, by and through its attorneys, Leonardo M. Rapadas, United States Attorney, and Karon V. Johnson, Assistant United States Attorney, and hereby moves this Honorable Court for a Preliminary Order of Forfeiture, as further set forth below.

1. On December 22, 2006, the United States of America filed a Verified Complaint of Forfeiture in Rem against the above-listed defendant property, $45,843.00 in United States Currency, alleging that said defendant was used and intended to be used to facilitate the commission of a violation of Title 18, United States Code, § 981(b), because it constitutes and is derived from proceeds traceable to a violation of the Controlled Substances Act, and was used to commit and to facilitate the commission of, a violation of the Controlled Substances Act, to-wit:

-1-

Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine Hydrochloride (ice), and Distribution of Methamphetamine Hydrochloride (ice).

2. On December 29, 2006, the United States of America caused to be served by U.S. Postal Service, Certified Mail No. 7001 2510 0006 8488 2378, a filed copy of the Verified Complaint of Forfeiture in Rem, Notice of Arrest, Warrant of Arrest in Rem and Plaintiff's First Set of Interrogatories to claimant John S. Blas.

3. On January 3, 2007, Claimant John S. Blas acknowledged receipt of said Certified Mail (Attachment A).

4. On January 29, 2007, the United States of America received by Certified Mail No. 7006 0810 0001 4920 4255 (Attachment B), a letter from Claimant John S. Blas. In said letter, Mr. Blas expresses his desire to withdraw and cancel his petition for remission and/or mitigation of the defendant property, $45,843.00 in United States Currency.

5. There are no other known claimants to the defendant res. Therefore, the government believes it should go forward with the next procedure, a preliminary order of forfeiture.

The Supplemental Rules for Certain Admiralty and Maritime Claims Rule C(6)(a)(i)(A) provides that any person who asserts an interest in or right against the property that is the subject of the forfeiture action must file a verified statement identifying the interest or right within 30 days after the earlier of (1) the date of service of the Government's complaint or (2) completed publication of notice.

The entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture, to conduct any discovery the court considers proper in identifying, locating, or disposing of the property, and to commence proceedings that comply with any statutes governing third-party rights.

Upon issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1), the United States Marshals Service will publish at least once for three successive

weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person having or claiming a legal interest in the property must file a petition with the court, and serve a copy on Karon V. Johnson, Assistant United States Attorney within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

**WHEREFORE,** the United States of America prays that this Honorable Court issue an Order of Preliminary Forfeiture, forfeiting to the United States of America the defendant real property and disposing of it in accordance with the law.

RESPECTFULLY SUBMITTED this 1st day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney



January 22, 2007

US Attorney's Office
Districts of Guam & NMI
JAN 29 2007
Time 1300 via USPS
Receiving name Teresk
Date keyed in Dbase
Entered into Dbase by:

Mr. Leonardo Rapadas
United States Attorney
Districts of Guam and the CNMI
Attention: Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Dear Sir/Madame,

It is with regret that I submit this letter requesting the **withdrawal and cancellation** of my petition for remission, and/or mitigation of the forfeiture described as 06-DEA-472678, $45,843.00 U.S Currency, Barrigada, GU, Mateo, Judith Ann, 08/21/06, also further described as Civil Case No. 06-00038.

The complexity of the civil procedures of law required in this situation is beyond my comprehension. Certainly, I cannot competently represent myself and my interest in furthering this legal action for I can no longer afford the financial burden of legal counsel.

Sincerely,

John S. Blas
185 SLC Tenorio St.,
Talofofo, Guam 96915

ATTACHMENT "B"

**JOHN S. BLAS**
**185 S. Leonardo C. Tenorio St.**
**Talofofo, GU 96915**



7006 0830 0001 4920 4255

Attn: Karon V. Johnson
Assistant U.S. Attorney
UNITED STATES ATTORNEY
Districts of Guam and the CNMI
108 Hernan Cortez Avenue
Suite 500, Sirena Plaza
Hagatna, GU 96910

