$45843.PRE

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 2 1 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00038 |
| Plaintiff, ) | |
| vs. ) | **PRELIMINARY ORDER OF FORFEITURE** |
| $45,843.00 IN UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

**WHEREAS**, the United States sought forfeiture of specific property of the above-named defendant pursuant to Title 18, United States Code, Section 981(b), because it constitutes and is derived from proceeds traceable to a violation of the Controlled Substances Act, and was used to commit and to facilitate the commission of, a violation of the Controlled Substances Act, to wit: Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine Hydrochloride (ice) and Distribution of Methamphetamine Hydrochloride (ice) and is, therefore, subject to forfeiture to the United States of America pursuant to Title 21, United States Code, Sections 881(a)(6); and

**WHEREAS**, on December 22, 2006, the United States of America filed a Verified Complaint of Forfeiture in Rem against the above-listed defendant property, $45,843.00 in

United States Currency;

2. **WHEREAS**, on December 29, 2006, the United States of America caused to be served by U.S. Postal Service, certified mail, a filed copy of the Verified Complaint of Forfeiture in Rem, Notice of Arrest, Warrant of Arrest in Rem and Plaintiff's First Set of Interrogatories to Claimant John S. Blas;

3. **WHEREAS**, on January 3, 2007, Claimant John S. Blas acknowledged receipt of said certified mail.

4. **WHEREAS**, on January 29, 2007, the United States of America received a letter from Claimant John S. Blas, wherein Mr. Blas expressed his desire to withdraw and cancel his petition for remission and/or mitigation of the defendant property, $45,843.00 in United States Currency.

**WHEREFORE**, the United States of America prays that this Honorable Court issue an Order of Preliminary Forfeiture, forfeiting to the United States of America the defendant property, $45,843.00 in United States Currency, and disposing of it in accordance with the law.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That $45,843.00 in United States Currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6) for disposition in accordance with the law.

2. That all of the aforementioned forfeited property is to be held by the United States Marshals Service, in their secure custody and control.

3. That pursuant to Title 21, United States Code, § 853(n)(1), the United States Marshal forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

1   This notice shall state that the petition shall be for a hearing to adjudicate the validity of
2   the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of
3   perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each
4   of the forfeited properties and any additional facts supporting the petitioner's claim and the relief
5   sought.

6   The United States may also, to the extent practicable, provide direct written notice to any
7   person known to have alleged an interest in the properties that are the subject of the Order of
8   Forfeiture, as a substitute for published notice as to those persons so notified.

9   4. That upon adjudication of all third-party interests, this Court will enter a Final Order
10  of Forfeiture pursuant to Title 21, United States Code, § 853(h), in which all interests will be
11  addressed.

12  **SO ORDERED** this 20th day of February, 2007.

                                    _____
                                    FRANCES TYDINGCO-GATEWOOD
                                    Chief Judge
                                    District Court of Guam

Presented By:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
    KARON V. JOHNSON
    Assistant U.S. Attorney



RECEIVED
FEB - 2 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-