DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$45,843.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Civil Case No. 06-00038<br><br><br>**ORDER** |

This case is scheduled to come before the Court on March 22, 2007, for a scheduling conference. Upon review of the file, it appears that the only individual who filed a claim to the property in question has since withdrawn said claim. Additionally, the Court has already issued a Preliminary Order of Forfeiture directing the United States Marshals Service to publish the appropriate notice.

Accordingly, the Court hereby vacates the March 22, 2007, scheduling conference. Said conference may be re-set in the event an individual claiming a legal interest in the property files a timely petition with the Court.

    **/s/ Joaquin V.E. Manibusan, Jr.**
        **U.S. Magistrate Judge**
        **Dated: Mar 16, 2007**