1  $45,843l.MDI

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

8
                  IN THE UNITED STATES DISTRICT COURT
9
                      FOR THE DISTRICT OF GUAM
10

11 UNITED STATES OF AMERICA,          )      CIVIL CASE NO. 06-00038
                                       )
12                      Plaintiff,     )
                                       )
13          vs.                        )      **MOTION TO DISMISS VERIFIED**
                                       )      **COMPLAINT OF FORFEITURE**
14                                     )      **AS TO INTEREST OF JOHN S.**
   $45,843.00 IN UNITED STATES         )      **BLAS**
15 CURRENCY                            )
                                       )
16                      Defendant.     )
                                       )
17

18      COMES NOW the plaintiff, United States of America, by and through its undersigned

19 attorney, and moves that the Verified Complaint of Forfeiture in the above cause be dismissed

20 for the reason that the plaintiff received a letter (see Exhibit 1), from Claimant John S. Blas,

21 wherein Mr. Blas expressed his desire to withdraw and cancel his petition for remission and/or

22 mitigation of the defendant property $45,843.00 in United States Currency.

23      Respectfully submitted this 13th day of August, 2007.

24                              LEONARDO M. RAPADAS
                                United States Attorney
25                              Districts of Guam and NMI

26
                      By:       _Karon V. Johnson_
27                              KARON V. JOHNSON
                                Assistant U.S. Attorney
28

ORIGINAL

January 22, 2007

Mr. Leonardo Rapadas
United States Attorney
Districts of Guam and the CNMI
Attention: Karon V. Johnson
Assistant U.S.Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

US Attorney's Office
Districts of Guam & NMI

JAN 29 2007

Time _____ 1300 via USPS
Receiving name ____ Tavest
Date keyed in Dbase __/__
Entered into Dbase by: _____

Dear Sir/Madame,

It is with regret that I submit this letter requesting the **withdrawal and cancellation** of my petition for remission, and/or mitigation of the forfeiture described as 06-DEA-472678, $45,843.00 U.S Currency, Barrigada, GU, Mateo, Judith Ann, 08/21/06, also further described as Civil Case No. 06-00038.

The complexity of the civil procedures of law required in this situation is beyond my comprehension. Certainly, I cannot competently represent myself and my interest in furthering this legal action for I can no longer afford the financial burden of legal counsel.

Sincerely,

John S. Blas
185 SLC Tenorio St.,
Talofofo, Guam 96915

Exhibit 1