# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$45,843.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | CIVIL CASE NO. 06-00038<br><br>ORDER FOR BRIEFING ON MOTION TO DISMISS VERIFIED COMPLAINT |

The court finds that the government's Motion to Dismiss (filed on August 13th) is unclear as to the relief sought. The court believes that the government is asking the court to dismiss any interest that John S. Blas had in the property. However, on the face of the Motion, the government asks the court to dismiss the entire claim of forfeiture, which would in effect, dismiss the government's entire case. The court asks the government to submit a brief explaining the relief sought by Wednesday August 29th, 2007.

If necessary the court will set this matter for a hearing.

SO ORDERED, this 23RD Day of August, 2007.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**