# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

$45,843.00 IN UNITED STATES CURRENCY,

    Defendants.

Civil Case No. 06-00038

**ORDER DISMISSING CASE**

On August 28, 2007, the Government filed a response requesting the Court to dismiss the current action. *See* Docket No. 11. In light of the Government's request, the Court hereby grants the Government's request to dismiss pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure and **DISMISSES** this action **WITH PREJUDICE**.

**SO ORDERED** this 28th day of August, 2007.

    /s/ Frances M. Tydingco-Gatewood
    **Chief Judge**