# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>$45,843.00 in United States Currency,<br><br>Defendant. | Civil Case No. 1:06-cv-00038<br><br><br>**J U D G M E N T** |

  Judgment is hereby entered in accordance with the Order Dismissing Case with Prejudice filed on September 4, 2007.

Dated this 4th day of September, 2007, Hagatna, Guam.

                     **/s/ Jeanne G. Quinata**
                        Clerk of Court